```
 1  Floyd W. Bybee, #012651
    BYBEE LAW CENTER, PLC
 2  4445 E. Holmes Avenue
    Suite 107
 3  Mesa, Arizona 85206-3398
    Office: (480) 756-8822
 4  Fax: (480) 302-4186
    floyd@bybeelaw.com
 5
    Attorney for Plaintiff
 6
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Barbara Timms,** | ) | No. CV 08-2185-PHX-FJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| **Thomas Landis,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this action with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

DATED   April 29, 2009  .

     s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -